UNITED STATES DISTRICT COURT
Northern District of California

AUDREY KIMBALL,

              Plaintiff(s),

v.

KENSINGTON PUBLISHING CORP. and GERINA DUNWICH,

              Defendant(s).

CASE NO. C 07 1099 MHP

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

James D. Weinberger, an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

FROSS ZELNICK LEHRMAN & ZISSU, P.C., 866 United Nations Plaza, New York, New York 10017, Tel: (212) 813-5900/Fax: (212) 813-5901/Email: jweinberger@frosszelnick.com,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/15/07

                                            The Honorable Marilyn H. Patel,
                                            United States District Judge