Noel M. Cook (SBN 122777)
OWEN WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone: (415) 882-3200
Fax: (415) 882-3232

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
James D. Weinberger (Admitted *pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY KIMBALL, dba InVincible Productions,<br><br>Plaintiff,<br><br>vs.<br><br>KENSINGTON PUBLISHING CORP. and GERINA DUNWICH,<br><br>Defendants. | Case No. C 07 1099 MHP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Audrey Kimball dba InVincible Productions ("Plaintiff") and Defendants Kensington Publishing Corp., and Gerina Dunwich ("Defendants"), by their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of all claims in this action and agree to waive all appeals from the dismissal of this action pursuant to this stipulation. Each party shall bear its own costs and attorneys' fees.

{F0079725.1}

SO STIPULATED TO AND AGREED TO BY:

| LAW OFFICES OF ROGER L. MEREDITH | OWEN WICKERSHAM & ERICKSON, P.C. |
|---|---|
| | -and- |
| | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
| By: _____ Roger L. Meredith | By: _____ James D. Weinberger |
| Attorneys for Plaintiff | Attorneys for Defendants |

ORDER

IT IS SO ORDERED.

Dated: August 1, 2007 _____

HON. MARILYN HALL PATEL
United States ...

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{F0079725.1}

2